UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TERENCE EDWARD WHEATLEY,

    Plaintiff,

v.  Case No. 3:24cv251-LC-HTC

BONNIE HANNA STAPLES and
BRUCE A. MILLER,

    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on June 17, 2024, (ECF No. 5), recommending dismissal based on Plaintiff's failure to state a claim. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.  The magistrate judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this order.

2. This case is DISMISSED under 28 U.S.C. § 1915(e)(2)(B)(ii) because Plaintiff fails to state a claim on which relief may be granted.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 16th day of July, 2024.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:24cv251-LC-HTC